```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

-against-

SK MADISON COMMODITIES, LLC,
MICHAEL JAMES SEWARD, and YAN
KAZIYEV a.k.a. IAN KAZIYEV,

                    Defendants,

-and-

SK MADISON, LLC,

                    Relief Defendant.

14 Civ. 2025 (SHS)

<u>ORDER</u>

---

SIDNEY H. STEIN, U.S. District Judge.

    On March 24, 2014, plaintiff moved by order to show cause bringing on a motion for a preliminary injunction. This Court granted plaintiff's *ex parte* motion and entered a temporary restraining order pending the hearing and determination of the motion for a preliminary injunction. (Dkt. No. 8.)

    The hearing was scheduled for April 7 at 10:00 a.m. in Courtroom 23A. That hearing is hereby adjourned to April 8, 2014 at 12:00 noon at the U.S. Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, in Courtroom 23A.

Plaintiff shall serve a copy of this Order on defendants.

Dated: New York, New York
April 2, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.